# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)
Vivian Y. Strong-Smith
4285 - 6th St SE Apt 101 Wash DC 20032

vs. CIVIL ACTION NO. FDICEO-11-032

DEFENDANT(S) NAME(S)
Martin J. Gruenberg, Chairman, FDIC, Agency
550-17th St. N.W. Wash DC 20429

**COMPLAINT**

Case: 1:17-cv-00201
Assigned To : Jackson, Amy Berman
Assign. Date : 1/31/2017
Description: Employ. Discrim. (H Deck)

**REQUEST FOR SETTLEMENT ON BEHALF OF COMPLAINANT/SUMMARY JUDGMENT**

**Regarding the Final Agency Decision**

Agency failed to acknowledge and apply to complaint, the "Enforcement Guidance:

Reasonable Accommodation and Undue Hardship Under the Americans with

Disabilities Act instructions effective October 17, 2002, from the EEOC; ADA,

Division, Office of Legal Counsel.  The Enforcement Guidance was/is provided as an

exception to EEOC Order 205.001, Appendix B, Attachment 4, .a (5), with the notice

remaining in effect until rescinded or superseded."

FACTUAL PETITION BACKGROUND

RECEIVED

JAN 2 3 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

A reasonable acknowledgment of the EEOC Enforcement Guidance: Reasonable Accommodation and Undue Hardship Under American with Disabilities Act" recognizes the following and Agency failed to recognize: "In US Airways, Inc. v. Barnett, 535 U.S.., U.S., 122 S. Ct. 1516 (2002), the Supreme Court laid out the burdens of proof for an individual with a disability (plaintiff) and an employer (defendant) in an ADA lawsuit alleging failure to provide a reasonable accommodation."  My evidence of disability and covered diagnosis of disability and Entry into Medical Care by a licensed Medical Practitioner and licensed Medical Physical Therapist Practitioner on duty at the National Rehabilitation Hospital and the Washington Hospital Center is attached as an intake pre-operative session(s) and is attached as Exhibit A and signed by my licensed medical practitioner, Dr. Robert Henshaw.  As of August 18, 2010, until 60, 90, 120, 180 and thereafter, and henceforth, days of civil service and tenure as a temporary Resolutions/Receiverships technician appointment, the Rehabilitation Act of 1973 applies to a reasonable accommodation as an entitlement to myself.  Title I of the US Department of Justice's (1991) Sec.36.506 Alternative means of dispute resolution of the Americans with Disabilities Act (ADA) includes in amendments verbal and implied provisions.  Any supervisory acts of probation from FDIC Entry on Duty (EOD) date of September 13, 2010 until March 17, 2011, is unwarranted and preposterous.  A basic assumption of a reasonable accommodation in this case would include respect among co-workers , supervisors, and FDIC Human Resources. As an authorized holder of a District of Columbia Substitute Teacher (Exhibit B)

license, I was treated with wanton disrespect by all those aforementioned in the case file attachments Exhibit B.   The skill set, at the least level of proficiency, I possessed in September 2010 through March 2011 is the skill set I possess today with Prove It scores Microsoft Office Suite: Prove It Scores Word 90%; Excel 83; PowerPoint 87%; an assessment administered by Jones Networking, Test Administrator on February 12, 2013 (Exhibit C).  Any statements made by Carmen Danner, Michael Shea, and Lonell Jones are for their own self-gratification and ignorance within their knowledge base.  Again, I attribute the form of hate exhibited toward myself by those individuals is directly linked to my twelve (12) years of previous FDIC civil service.  Of course, I possess the skill set at a greater proficiency. Many of my former FDIC supervisors have enough sense to afford my qualifications on unbiased criteria, and without operant conditioning, as exhibited by Michael Shea.

### Complainant Cause of Separation Effective March 17, 2011

Donald Ballard, FDIC EEOC counselor, confirmed the Agency's position of a cause of separation… "cause as a constructive discharge." Let the record reflect a confirmation of the case notes of Donald Ballard as March 17, 2011, as the cause of separation from duty for Complainant, as caused by a constructive discharge. Agency failed to mention an analysis of case file records of Donald Ballard, FDIC EEOC counselor, violation of the EEOC Enforcement Guidance, dated October 17, 2002.  Due to the 60, 90, 120, 180 day timeframe involving my rehabilitation from a

major surgery, I make this statement on my behalf. Since, the time Michael Shea

was my supervisor in ECTSO, thru alternative dispute measures, thru EEOC

counseling, thru EEOC Judges, and currently,  this entire matter is directly tied to a

diagnosis of high blood pressure.  The only time I need medication for the high blood

pressure is in the attempted resolution of my tenure at FDIC ECTSO.  The medical

evidence shows that my medical condition has relapsed and placed me back in the

National Rehabilitation Hospital, as a current status, with related conditions.

### I & II Agency Background/Administrative Procedures

I find the Agency background /administrative procedures incomplete and the Agency

failed to acknowledge a decision based on EEOC Enforcement Guidance: Reasonable

Accommodation and Undue Hardship Under American with Disabilities Act"

(October 17, 2002).

### III. Legal Standards

I find the Agency background incomplete and the Agency failed to acknowledge a

decision based on EEOC Enforcement Guidance: Reasonable Accommodation and

Undue Hardship Under American with Disabilities Act" (October 17, 2002).

### IV Analysis

I find the Agency background incomplete and the Agency failed to acknowledge a

decision based on EEOC Enforcement Guidance: Reasonable Accommodation and

Undue Hardship Under American with Disabilities Act" (October 17, 2002).

Providing the Agency stop sweeping the ECTSO events under the rug and stop making me sick, this issue might be resolved.  I stand by all of my claims and request a good faith effort in resolving the ECTSO events.  I may add that during my interview with Amy, one of my interviewers, a question arose about computers and my response to Amy gave rise to her answer of "you might teach us something."

### Conclusion

After the Agency really does a good faith effort at resolving the ECTSO events, a finding of  innuendo, and negative comments from my hater's club of Michael Shea, Carmen Danner, Lonell Jones, Charles Jones, etc.   Until such time, I repeat, I was and am discriminated against by the FDIC, harassed by the FDIC on the basis of race, sex, disability,/age in connection with the claims that I (Complainant) raised in my formal complaint, FDICEO-12-032.

PRAYER REQUEST TO AGENCY AS A DEMAND FOR SETTLEMENT AND DAMAGE RELIEF-ADDENDUM

Request to Agency as a demand for $11.5 million in settlement relief, plus a position equal to or greater than CG-11, on a scale not less than CG-8.  EEOC Counseling was inappropriately disrupted by counselors travel commitments, however, Donald Ballard confirmed the Agency's position of a cause of separation... "cause as a constructive discharge."  Let the record reflect a confirmation of the case notes of Donald Ballard as

March 17, 2011, as the cause of separation from duty for Complainant, as caused by a constructive discharge.

Complainant's Official request to remove, redline, and strikeout, Michael Shea's comments to my US Office of Personnel Management's twenty (23) years of Official Personnel Stellar records by Social Security Number, as the correct measure of settlement.

Name of Sender: Vivian Y. Strong-Smith

Telephone #: 202-731-4874

571.295-5835

E-Mail:vstronga@yahoo.com

**REQUEST FOR SETTLEMENT ON BEHALF OF COMPLAINANT/SUMMARY JUDGMENT**

PRAYER REQUEST TO AGENCY AS A DEMAND FOR SETTLEMENT AND DAMAGE RELIEF-ADDENDUM

Request to Agency as a demand for $11.5 million in settlement relief, plus a position equal to or greater than CG-11, on a scale not less than CG-8.

EEOC Counseling was inappropriately disrupted by counselors travel commitments.

Complainant's Official request to remove, redline, and strikeout, Michael Shea's comments to my US Office of Personnel Management's twenty (23) years of Official Personnel Stellar records by Social Security Number, as one of the correct measures of settlement.

SERVED by Process SERVER
hand-delivered

I, (Vivian Y. Strong-Smith mailed the summons/complaint), hereby declare that on the
18 day of JANUARY , 20 17 , I mailed a copy of the summons and
complaint, certified mail return receipt requested, to (name of defendant). Attached hereto is the
certified green card acknowledging service.

_Vivian Y. Strong-Smith_

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Vivian Y. Strong-Smith**

        Plaintiff(s),

VS.

**Martin J. Gruenberg, Chairman, FDIC, Agency**

        Defendant(s).

Attorney: NONE

Vivian Y. Strong-Smith
4285 6th Street, SE, Apt 101
Washington DC 20032



*211559*

**Case Number: FDICEO-11-032**

Legal documents received by Same Day Process Service, Inc. on **01/17/2017** at **6:22 PM** to be served upon **Martin J. Gruenberg, Chairman, Federal Deposit Insurance Corp.**, at **1776 F Street NW, Washington, DC, 20429**

I, **Jess Anderson**, swear and affirm that on **January 18, 2017** at **10:16 AM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons; Complaint; Civil Cover Sheet; Application to Proceed in District Court Without Prepaying Fees or Costs** to **Valerie Best** as **Assistant Executive Secretary & Authorized Agent** at **1776 F Street NW , Washington, DC 20429** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 50-55 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: White Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Jess Anderson**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:211559



District of Columbia: SS
Subscribed and Sworn to before me
this 23 day of January, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



RECEIVED

JAN 2 3 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 85(Rev 11/11)
Consent to Trial by MJ

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Vivian Y. Strong-Smith | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No.   FDICEO-11-032 |
| Martin J. Gruenberg, Chairmain, FDIC, Agency | ) | |
| *Defendant/Respondent* | ) | |
| | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  Once judgment is entered an appeal must be taken to the U.S. Court of Appeals for the D.C. Circuit and not to the United States District Judge.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| Vivian Y. Strong-Smith *Plaintiff/Petitioner* | *Vivian Y. Strong-Smith* | 1-16-17 |
| v. | | |
| Martin J. Gruenberg, Chairman, FDIC, Agency *Defendant/Respondent* | | |

Note: Return this form to the clerk of court only if you are consenting to the exercise jurisdiction by a United States
      magistrate judge.  Do not return this form to a judge.

RECEIVED

JAN 2 3 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia